HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
NOUMAN MUSTAFA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>NOUMAN MUSTAFA,<br>Defendant. | Case No. 1:26-cr-00159-KES-EPG<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER** |

Plaintiff United States of America, by and through its counsel of record, and Defendant Nouman Mustafa, by and through his counsel of record, hereby stipulate that the Defendant's conditions of release may be modified to remove the home-detention aspect of the location monitoring condition and replace it with a curfew. *See* ECF Dkt. # 32, Condition 7(m).

On April 15, 2026, the Court released Mr. Mustafa on conditions of release. Dkt. # 32 (Order Setting Conditions of Release). Among other conditions, the Court imposed location monitoring with home detention, a $20,000 bond, and surrender of Defendant's travel documents.

For approximately the past six months, Mr. Mustafa has been in full compliance with all conditions of his release, including the location-monitoring and home-detention requirements. During that time, he has traveled from the Central District to the Eastern District on numerous occasions for court appearances and meetings with counsel. Pretrial Services Officer Frank Guerrero has no objection to the proposed modification. Defense counsel also spoke to Asam

Hashimi, surety, and Farida Garwhal, third party custodian, and both consent to the proposed modification.

In light of Mr. Mustafa's continued compliance with the conditions of release, the parties request that the Court modify Condition 7(m) to remove the home-detention requirement and replace it with a curfew requirement.

Specifically, the parties stipulate to modify condition 7(m) as follows:

"**Curfew.** You are restricted to your residence every day from 9 p.m. to 7:00 a.m., except for medical reasons or treatment, religious services, court appearances, or other requests pre-approved by the pretrial services officer."

Respectfully Submitted,

DATED: October 6, 2026

*/s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Counsel for Nouman Mustafa

DATED: October 6, 2026

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, the above stipulation to modify Mr. Mustafa's conditions of release is hereby adopted. All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated: **October 7, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE